IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., | CASE NO. CV F 11-1356 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 20.) |
| K.C.M. BHAKTA MOTEL CORPORATION, et al., | |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES without prejudice this entire action;

2. VACATES all pending matters, including the January 31, 2012 scheduling conference; and

3. DIRECTS the clerk to close this action, subject to reopening as appropriate to enforce the stipulated injunction.

IT IS SO ORDERED.

**Dated:   January 11, 2012**        /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1