1

2

3

4

5

6

7

8                        **IN THE UNITED STATES DISTRICT COURT**

9                     **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   AMERICAN AUTOMOBILE                    CASE NO. CV F 11-1356 LJO SMS
     ASSOCIATION, INC.,
12
                    Plaintiff,             **ORDER TO DISMISS AND TO CLOSE**
13                                         **ACTION**
         vs.                              (Doc. 20.)
14
     K.C.M. BHAKTA MOTEL
15   CORPORATION, et al.,

16                   Defendant.
     _____/
17
            Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:
18
            1.      DISMISSES without prejudice this entire action;
19
            2.      VACATES all pending matters, including the January 31, 2012 scheduling conference;
20
                    and
21
            3.      DIRECTS the clerk to close this action, subject to reopening as appropriate to enforce
22
                    the stipulated injunction.
23

24
            IT IS SO ORDERED.
25
     **Dated:   January 11, 2012**          _____/s/ Lawrence J. O'Neill_____
26                                          UNITED STATES DISTRICT JUDGE

27

28

                                              1